```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE: MARIE SERONI MCCONNELL,    {   CHAPTER 13
                                  {
                                  {
       DEBTOR(S)                  {   CASE NO. R21-40642-PWB
                                  {
                                  {   JUDGE BONAPFEL
```

**OBJECTION TO CONFIRMATION**

     COMES NOW N. WHALEY, INTERIM CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

     1.  The Debtor(s)' payments under the proposed plan are not current.

     2.  Pursuant to sworn testimony at the Meeting of Creditors, Debtor(s) has no regular source of income; thereby, rendering Debtor(s) ineligible for Chapter 13 relief, pursuant to 11 U.S.C. Section 109(e).

     3.  The funding of post-petition mortgage payments has not been maintained in the above-styled Chapter 13 case; thereby, rendering the present budget and proposed Plan infeasible, 11 U.S.C. Section 1325(a)(6).

     4.  Schedule A fails to correctly reference the fair market value on real estate which is the subject of this Chapter 13 estate; specifically, the Debtor testified that her real property has a fair market value of approximately $115,000.00. The Trustee requests further evidentiary proof for the valuation of the Debtor's real property.

     5.  As unsecured creditors may receive less than in a Chapter 7 liquidation, the plan may not conform to 11 U.S.C. Section 1325(a)(4).

     6.  The Chapter 13 petition fails to include debts owed to the Internal Revenue Service and the Georgia Department of Revenue, in violation of Bankruptcy Rule 1007(a)(1) and 11 U.S.C. Section 1325(a)(3).

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

      7.  The Debtor's (s') Schedule I reflects a contribution from the Debtor's daughter of $2,202.00 per month. The trustee requests documentation regarding this contribution. If the contribution is from rental income, the trustee requests documentation such as a copy of the written lease. 11 U.S.C. Section 1325(a)(6).

      8.  The proposed plan fails to provide for the treatment of Carrington Mortgage Services, LLC.  However, said creditor has filed a secured arrearage claim.

      WHEREFORE, the Interim Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                    _____/s/_____
                                  Albert C. Guthrie, Attorney
                                  for Chapter 13 Trustee
                                  GA Bar No. 142399

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

R21-40642-PWB

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

MARIE SERONI MCCONNELL
307 STEWART DRIVE, SW
CALHOUN, GA 30701-7735

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 1st day of July, 2021
           /s/        
Albert C. Guthrie, Attorney
for Chapter 13 Trustee
State Bar No. 142399

N. Whaley, Interim Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com